# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID JOHN COATS,**<br><br>Defendant. | CR 22-107-GF-BMM<br><br>**AMEN**DED ORDER |

Upon Petition of Jeffrey K. Starnes, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of This Court issue a Writ of Habeas Corpus (for prosecution) directing the Warden of Airway Heights Corrections Center and the United States Marshal for the District of Montana, to produce David Coats before the Court at the Magistrate Judge's Courtroom in Great Falls, Montana, at 10:00 a.m. on Tuesday, February 21, 2023, and David John Coats is to stay in federal custody until the conclusion of this case.   David

1

John Coats shall then be returned to the custody of the Warden of Airway Heights Corrections Center.

DATED this 14th day of February, 2023.

John Johnston
United States Magistrate Judge