# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOHN COATS,<br><br>Defendant. | Cause No. CR 22-107-GF-BMM-2<br><br><br>**ORDER PERMITTING ZOOM APPEARANCE** |

The Defendant, David John Coats, through his attorney, moved this Court for an order allowing the witnesses, Gina Coats, Tim Coats and Erin Perisho, to appear via Zoom for the sentencing hearing, presently set for January 25, 2024 at 10:30 a.m. The grounds for this motion are the witnesses live out of state and are unable to travel to Montana. The Government did not object. Accordingly, IT IS HEREBY ORDERED that the witnesses, Gina Coats, Tim Coats and Erin Perisho, may appear via Zoom for the sentencing hearing, presently set for January 25, 2024, at 10:30 a.m. Defense Counsel will contact the Clerk of Court for the Zoom link.

DATED this 24th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court